No. 96–8528. KANAHELE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8529. JUVENILE MALE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8533. ROTHSCHILD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8537. LAPLANTE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–8540. MYLES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8541. CAJINA v. UNITED STATES; and
No. 96–8542. CAJINA v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 104 F. 3d 364.

No. 96–8545. THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–8546. THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–8547. WINDOM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–8549. CORREIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–8552. RAFAEL MEDRANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–8554. SCHROEDER ET UX. v. INTERNAL REVENUE SERVICE. C. A. 8th Cir. Certiorari denied.

No. 96–8555. PATTON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–8556. SOUTHALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8558. GARNER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.